Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Northeast Ohio Correctional Center
Return to Sender
___ No Inmate ID #    ✗ Inmate Paroled/Discharged
___ Name & # Don't Match    ___ Not Allowed Due To Content

TRANSFER

FILED
DEC 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05cv502***
RG scanned

NIXIE    444    1    01    12/19/05
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001818    *1127-01699-15-42

Luis C. Parra-Rivera
Reg# 04902-015
NEOCC U.D. 02 102
2240 Hubbard Road
Youngstown, OH 44505

**Utility Events**

1:05-cv-00502-KAJ Parra-Rivera v. USA

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/15/2006 at 12:33 PM EST and filed on 12/15/2006
**Case Name:**       Parra-Rivera v. USA
**Case Number:**     1:05-cv-502
**Filer:**
**Document Number:** 1

**Docket Text:**
[1:05-cv-502-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl)

**1:05-cv-502 Notice has been electronically mailed to:**

**1:05-cv-502 Notice has been delivered by other means to:**

Luis C. Parra-Rivera
Reg# 04902-015
NEOCC U.D. 02 102
2240 Hubbard Road
Youngstown, OH 44505

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/15/2006] [FileNumber=316813-0
] [ac8049ced287591058b99fed350c457ac541b65285d605e579700b785afddf05017
2421a3284677d22ebea34ec372baf4e4a1a26fa820af49b196d5314f71a86]]

h      ecf e   c  c    c  cg  b            ch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:     JUDICIAL VACANCY

**STANDING ORDER**

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

                                               _____
                                               United States District Judge