Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE $01.000
04362023030
05/13/2008
Mailed From 19801

Northeast Ohio Correctional
Return to Sender

☒ Inmate Paroled/Discharged
___ Not Allowed

No Inmate ID
Name & Body Match
U.S.M.S.
X-RAY

RETURNED TO SENDER
UNDELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

Luis C. Parra-Rivera
Reg# 04902-015
NEOCC U.D. 02 102
2240 Hubbard Road
Youngstown, OH 44505

moved

RECEIVED
MAY 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re scanned
05-502

## Other Orders/Judgments

1:05-cv-00502-JJF Parra-Rivera v. USA

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 5/9/2008 at 5:10 PM EDT and filed on 5/9/2008
**Case Name:**      Parra-Rivera v. USA
**Case Number:**    1:05-cv-502
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER GRANTING Motions to Proceed In Forma Pauperis; DISMISSING the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. 2255, and DENYING the relief requested therein; DENYING the Motion for Appointment of Counsel; And the Court declines to issue a certificate of appealability (see Order for further details). Signed by Judge Joseph J. Farnan, Jr. on 5/9/2008. (nms)

**1:05-cv-502 Notice has been electronically mailed to:**

**1:05-cv-502 Notice has been delivered by other means to:**

Luis C. Parra-Rivera
Reg# 04902-015
NEOCC U.D. 02 102
2240 Hubbard Road
Youngstown, OH 44505

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/9/2008] [FileNumber=564637-0]
[debaceadc914051180b0f193ad41c4ceb7bc5d377b0b1b42e8c4b1977dcb77644b43a
52f134491bf450f5d258560359d1a1a14d0ed61ef0448bd425431888f61]]